**Loretta J. DARNELL,
Petitioner–Respondent,**

v.

**Clarence L. DARNELL,
Respondent–Appellant.**

No. 54702.

Missouri Court of Appeals,
Eastern District,
Division One.

April 25, 1989.

Gregg W. Keegan, St. Louis, for respondent-appellant.

Mary Ann Weems, Clayton, for petitioner-respondent.

## ORDER

PER CURIAM.

Respondent, Clarence Darnell, appeals from a decree of dissolution of marriage. He alleges that the trial court erred in ordering him to pay a $1,500 fee to his wife's attorney.

The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An extended opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).